# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Christopher C. Sinclair                    Docket No. 5:11-MJ-1172-1

## Petition for Action on Probation

COMES NOW Thomas E. Sheppard, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher C. Sinclair, who, upon an earlier plea of guilty to 21 U.S.C. §844(a), Simple Possession of Controlled Substance, was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on November 16, 2011, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 31, 2012, the defendant submitted a urine specimen which tested positive for marijuana. The defendant was originally sentenced to probation under 18 U.S.C. §3607, but failed to complete the probation due to drug use. We recommend the conditions of probation be modified to require the defendant to serve two days in custody. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/ Thomas E. Sheppard |
| Robert L. Thornton | Thomas E. Sheppard |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| Phone: (910) 483-8613 | 310 Dick Street |
| Executed on: March 5, 2012 | Fayetteville, NC 28301-5730 |

Christopher C. Sinclair
Docket No. 5:11-MJ-1172-1
Petition For Action
Page 2

## ORDER OF COURT

Considered and ordered this 5th day of March, 2012, and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge